No. 418. RHODERICK, EXECUTRIX, ET AL. *v.* SWARTZELL ET AL. October 23, 1933. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Wm. E. Richardson, Frank S. Bright, E. Hilton Jackson, H. Stanley Hinrichs,* and *George C. Shinn* for petitioners. *Messrs. Frederic D. McKenney, John S. Flannery, G. Bowdoin Craighill, Louis Titus, C. L. Frailey,* and *P. J. Hurley* for respondents.

No. 420. HOSIER ET AL. *v.* UNITED STATES. October 23, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Frank J. Looney* and *Thos. W. Robertson* for petitioners. *Solicitor General Biggs* and *Mr. Mahlon D. Kiefer* for the United States.

No. 423. JOHNSON *v.* UNITED STATES. October 23, 1933. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Lawrence A. Baker, Edward H. Green,* and *Henry Ravenel* for petitioner. *Solicitor General Biggs* and *Assistant Attorney General Wideman* for the United States. See also 3 F.Supp. 544.

No. 424. BENEFICIAL LOAN SOCIETY *v.* COMMISSIONER OF INTERNAL REVENUE. October 23, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Jackson R. Collins* for petitioner. *Solicitor General Biggs* and *Messrs. Erwin N. Griswold, Sewall Key,* and *John G. Remey* for respondent.